JOE H. WILSON, Respondent, v. CHARLES H. HENNINGSON and Others, Appellants.— Motion denied, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of Mrs. JOHN WESTLAKE, Respondent, against FARWELL & RHINES and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of CARMINE SALGICCIOLI, Respondent, against LAUR & MACK CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied, with ten dollars costs to the claimant against the employer and the insurance carrier. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of ANGELA TODDRA, Appellant, against READ-CODDINGTON ENGINEERING COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion denied, without costs. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of MABEL MOREA, Respondent, against THE BALTIMORE & OHIO STORES, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of WASYL PLHAN, Respondent, against JACOB DOLD PACKING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. The only question raised is the sufficiency of the evidence. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of IDA C. BENSON, Respondent, against CORNELL STEAMBOAT COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of ANNA BILLINGRIN, Respondent, against MOTOR HAULAGE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

JAMES A. BEHA, Superintendent of Insurance of the State of New York, as Liquidator of the NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY, Respondent, v. JAMES GALE, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements, with leave to the defendant to serve an answer within twenty days on payment of said costs and the costs granted in the order appealed from. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.